In the Matter of the Claim of VICTORIA BUKOFSKY, Respondent, against FLUSHING HOSPITAL & DISPENSARY et al., Appellants, and STATE INSURANCE FUND, Respondent. STATE INDUSTRIAL BOARD, Respondent.—

All concur. [See *post,* p. 937.]

In the Matter of the Claim of ROBERT CALLAN, Respondent, against STATE HIGHWAY DEPARTMENT et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

Hill, P. J., Bliss, Heffernan and Schenck, JJ., concur; Crapser, J., dissents and votes to reverse and dismiss the claim on the ground that the accident did not arise out of and in the course of the employment.